# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RANDY HILLIARD, | ) CV 08-07147-CBM (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| DEBRA DEXTER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is granted, as set forth in the Report and Recommendation.

DATED: 12/27/2010

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE