UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RANDY HILLIARD, | ) CV 08-07147-CBM (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| DEBRA DEXTER, Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is dismissed with prejudice.

DATED:   2/28/11

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1